# EXHIBIT A

| | |
|---|---|
| **From:** | Brian Exline |
| **Sent:** | Friday, July 16, 2010 4:40 PM |
| **To:** | 'DKMSR@aol.com'; Dave Bolton |
| **Cc:** | Gary Dunlap |
| **Subject:** | RE: Leasing tops |

We'll find out more definitive information in the days to come.  However, not a rumor that we are halting our efforts for the time being.

---

**From:** DKMSR@aol.com [mailto:DKMSR@aol.com]
**Sent:** Friday, July 16, 2010 3:38 PM
**To:** Dave Bolton
**Cc:** Gary Dunlap; Brian Exline
**Subject:** Re: Leasing tops

Just hearing more field rumors today that EnCana is not out, but cutting back 50%???? Coincidence ?

David K. McGuire
Land & Business Development Manager
O.I.L. Niagaran, L.L.C.
O.I.L. Energy Corp.
Comet Energy Services, LLC
dkmsr@aol.com
231-933-3600 voice
231-941-8386 fax

The information contained in this electronic mail message, and any accompanying documents, is privileged and confidential information intended only for the use of the designated recipient(s) named above. If you are not an intended recipient, or an employee or agent responsible to deliver it to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately.

In a message dated 7/16/2010 9:55:13 A.M. Eastern Daylight Time, dave.bolton@chk.com writes:

> David,
>
>
> Effective immediately, please drop your top leasing prices by 50% in all areas.  Rescind any offer outside of these parameters that are not signed and in your hands as of noon today.  That should be enough time to get your current verbal commitments finalized.  To be clear…if it is not currently agreed and signed and in your office by noon today, the deal is off and we renegotiate under our current terms.  Let me know if you have questions.
>
>
>
> Thank you,
>
>
> *David W. Bolton, CPL*
> Senior Landman
> Chesapeake Energy Corporation

Office: (405) 935-1833  
Fax: (405) 935-4251  
E-mail: dave.bolton@chk.com



This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distr bution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).