# EXHIBIT B

| | |
|---|---|
| **From:** | Wojahn, Jeff <Jeff.Wojahn@encana.com> |
| **Sent:** | Wednesday, October 20, 2010 11:19 AM |
| **To:** | Aubrey McClendon |
| **Subject:** | RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold |

We just finished our board meeting and we have our conference call today. I will be on the western slope touring Randy around our operations tonight and tomorrow..
From what I understand John Schopp has been leading the charge on working with your team on arranging a bidding strategy. I have a meeting with John planned on Friday and a review with Randy Monday.
Jeff

> **From:** Aubrey McClendon [mailto:aubrey.mcclendon@chk.com]
> **Sent:** Monday, October 18, 2010 3:42 PM
> **To:** Wojahn, Jeff
> **Cc:** Doug Jacobson
> **Subject:** RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold
>
> Ok, thanks, but can't wait too much longer….
>
> **From:** Wojahn, Jeff [mailto:Jeff.Wojahn@encana.com]
> **Sent:** Monday, October 18, 2010 3:56 PM
> **To:** Aubrey McClendon
> **Subject:** RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold
>
> We haven't arrived at a strategy yet but as we approach the sale we will be happy to have a fulsome technical discussion.
> Jeff
>
>> **From:** Aubrey McClendon [mailto:aubrey.mcclendon@chk.com]
>> **Sent:** Sunday, October 17, 2010 5:36 AM
>> **To:** Wojahn, Jeff
>> **Subject:** RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold
>>
>> Understand our teams are working on cooperative approach to state leasing, that's good I think. Anything else out their encouraging to talk about? thanks
>>
>> **From:** Wojahn, Jeff [mailto:Jeff.Wojahn@encana.com]
>> **Sent:** Monday, July 19, 2010 12:16 PM
>> **To:** Aubrey McClendon
>> **Subject:** RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold
>>
>> Aubrey,
>> We are not exiting the play but rather we are stopping further leasing. At this time we are happy with our current position.
>> We will reassess our position this fall as we evaluate the October state sale.
>> Jeff

**From:** Aubrey McClendon [mailto:aubrey.mcclendon@chk.com]
**Sent:** Monday, July 19, 2010 7:52 AM
**To:** Wojahn, Jeff
**Subject:** RE: Natural Gas Forum For Landowners - EnCana putting leasing on hold

Are you wanting to exit the pay entirely? Have 5 minutes to discuss today?

**From:** Wojahn, Jeff [mailto:Jeff.Wojahn@encana.com]
**Sent:** Monday, July 19, 2010 8:32 AM
**To:** Aubrey McClendon
**Subject:** Re: Natural Gas Forum For Landowners - Encana putting leasing on hold

Aubrey,
We have decided to discontinue further leasing at this time. We will reassess our position after the summer.
Jeff

**From**: Aubrey McClendon
**To**: Wojahn, Jeff
**Sent**: Fri Jul 16 12:19:04 2010
**Subject**: FW: Natural Gas Forum For Landowners - Encana putting leasing on hold
Jeff: Does this mean no more drilling and no more interest in joining forces down the road? Aubrey

# Natural Gas Forum For Landowners

**Open Discussion => Michigan =>** Topic started by: PA~BOY on July 15, 2010, 03:46:21 pm

Title: **Encana**
Post by: **PA~BOY** on **July 15, 2010, 03:46:21 pm**

Can anyone give any insight as to why Encana is halting leasing operations?

Title: **Re: Encana**
Post by: **razzd** on **July 15, 2010, 03:59:54 pm**

Have not heard this. I know companies come and go for certain areas.

Where are they halting leasing?

Title: **Re: Encana**
Post by: **MichGuy** on **July 15, 2010, 04:14:46 pm**

Yesterday Encana filed a new permit application for the vertical bore of a utica production we Excelsior Twnp, Kalk County.

MichGuy

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 04:22:10 pm**

Yes, as of about an hour ago, I was told that everything is on hold indefinitely for them… ju wondering if anyone else had heard anything. Ill post if I hear anything else.

Title: **Re: Encana**
Post by: **razzd** on **July 15, 2010, 04:24:58 pm**

Who did you hear this from?

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 04:37:25 pm**

With all due respect, I wont reveal that…

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 04:38:40 pm**

I will say this… be prepared for the "We are leaving, sign today or not at all" line from landm

Title: **Re: Encana**
Post by: **MichGuy** on **July 15, 2010, 04:50:49 pm**

Quote from: PA~BOY on July 15, 2010, 04:38:40 pm
"We are leaving, sign today or not at all"

One possible answer, "Shut the door on your way out, but I'll be glad to talk again if your pla change."

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 04:56:00 pm**

Probably a good answer MICHGUY!

Title: **Re: Encana**
Post by: **razzd** on **July 15, 2010, 04:57:15 pm**

Quote from: PA~BOY on July 15, 2010, 04:37:25 pm
With all due respect, I wont reveal that...

With very little respect, If you believe they are leaving you are a sucker.

And the Pioneer well ran dry, and they dismantled the rig in Cheboygan county before they f
drilling.

Title: **Re: Encana**
Post by: **10sct** on **July 15, 2010, 04:58:20 pm**

M-
I was thinking more in terms of "Don't let the door hit you in the as- on the way out."

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 05:07:36 pm**

OK......

Title: **Re: Encana**
Post by: **wildfireflame** on **July 15, 2010, 05:58:21 pm**

Hi All,,
  Greg representing Encana, just contacted my neighbor two days ago about leasing. My lea
adendum is still at the company for approval. Wildfire Farms

Title: **Re: Encana**
Post by: **10sct** on **July 15, 2010, 07:07:24 pm**

Boy-

Just trying to add a bit of levity to an otherwise completely (thus far) empty thread.

Title: **Re: Encana**
Post by: **razzd** on **July 15, 2010, 07:11:19 pm**

I am hearing other sources that this is true.

Gone for now, but this could just be a strategy to rattle people.

What happens to the people with signed leases but no money yet?

Title: **Re: Encana**
Post by: **10sct** on **July 15, 2010, 07:12:27 pm**

wff-
i just love your photo.

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 07:44:04 pm**

Quote from: razzd on July 15, 2010, 07:11:19 pm
I am hearing other sources that this is true.

Gone for now, but this could just be a strategy to rattle people.

What happens to the people with signed leases but no money yet?

They'll pay… no worries there

Title: **Re: Encana**
Post by: **MichGuy** on **July 15, 2010, 07:48:24 pm**

Maybe.....

it's a psyche out.....

5

they're applying funds to a still-secret mineral test well and the Excelsior well permit they jus out…..

they're saving cash for the fall auction……

they think there will be no moratorium in NY and PA so they want to throw money at operati here…..

….. in short, who knows?  It's only been two months since this news went public.   The play waking up, and hasn't even made the morning trip to the john yet.   Let's watch what happe next well(s) to get drilled.

MichGuy

Title: **Re: Encana**
Post by: **PA~BOY** on **July 15, 2010, 08:07:33 pm**

Biggest thing, dont get your britches in a ruffle… if youve got gas, youve got gas… theyll be

Title: **Re: Encana**
Post by: **o2bapoet** on **July 15, 2010, 09:48:32 pm**

A rumor is that EnCana sold their leases to someone else and EnCana is going to focus on dr Canada.

Everyone needs to just make the best decision for themselves and their land.  No one can ti market, it's impossible to know what the best bonus per acre someone WILL get, the best of be one or two years away or it could have been yesterday.  Past results do not guarantee fut

On one hand, there are obviously several companies involved, new and old, with several app being filed and work beginning in several townships.  Companies change names, but if the g good there will be buyers.

On the other, if the play were to end or if there is actually less competition, things could cha could be a short term change or a long term change.

In the end, if successful wells are drilled, mineral owners will benefit most from royalties and secondarily from bonus money.  Every landowner has different wants for their leases, and so needs.  Common sense says that the activity means there will be leasing and drilling for year continue this way, but this is a fickle business, if the play ends then things will obviously cha

Fortunately, unless people bought land to speculate just on oil and gas drilling, this is a bless money for many in the community.

All the best to all….

Title: **Re: Encana**
Post by: **MichGuy** on **July 15, 2010, 10:16:44 pm**

I wonder what they plan to tell investors about Michigan next week?
http://www.environmental-expert.com/resultEachPressRelease.aspx?cid=28518&codi=1813
(http://www.environmental-expert.com/resultEachPressRelease.aspx?cid=28518&codi=1813

MichGuy

Title: **Re: Encana**
Post by: **wildfireflame** on **July 16, 2010, 12:12:21 pm**

Hi all
As of 5:00 yesterday Michigan time, my lawyer was advised that Encana was putting leasing
  Wildfire Farms

Title: **Re: Encana**
Post by: **MichGuy** on **July 16, 2010, 12:17:06 pm**

WF, was your lawyer told by Encana directly?

MichGuy

Title: **Re: Encana**
Post by: **razzd** on **July 16, 2010, 12:26:12 pm**

I was told by Encana directly. He didn't know why, but they were stopping all leasing.

1. Playing Games
2. Sold position to larger or other company
3. Ran out of money
4. Bad performance of Pioneer well
5. ????

Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent respons ble for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).

This email communication and any files transmitted with it may contain confidential and or proprietary information and is provided for the use of the intended recipient only. Any review, retransmission or dissemination of this information by anyone other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete this communication and any copies immediately. Thank you.

http://www.encana.com

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent respons ble for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent respons ble for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly proh bited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent respons ble for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).