UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHSTAR ENERGY LLC,

       Plaintiff,                             Case No. 1:13–cv–00200–PLM

v.

ENCANA CORPORATION, et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Molly S. Boast

RE:  Brief in Support of a Motion – #19 **[**Exhibit 1 – Declaration of Molly S. Boast**]**

REASON FOR NOTICE:   The document does not contain the required manuscript signature(s).

RECOMMENDED ACTION:  Local Civil Rule 5.7(d)(iii) requires certain documents bear a scanned image of all original manuscript signatures. A corrected document with a manuscript signature should be electronically filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                          TRACEY CORDES
                                          CLERK OF COURT

Dated:  May 1, 2013         By:  /s/ M. Strong_____
                                                Deputy Clerk