# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NORTHSTAR ENERGY LLC,<br>A Delaware limited liability company,<br><br>      Plaintiff,<br>v.<br><br>ENCANA CORPORATION,<br>a Canadian corporation, and<br><br>ENCANA OIL & GAS USA INC.,<br>a Delaware corporation, and<br><br>CHESAPEAKE ENERGY CORPORATION,<br>an Oklahoma corporation, and<br><br>O.I.L. NIAGARAN, LLC,<br>a Michigan limited liability company,<br><br>      Defendants. | Case No. 1:13-cv-00200-PLM<br><br>Hon. Paul L. Maloney<br><br>Mag. Judge Joseph G. Scoville<br><br>**CORRECTED DECLARATION OF MOLLY S. BOAST IN SUPPORT OF CHESAPEAKE ENERGY CORPORATION'S MOTION TO DISMISS THE COMPLAINT** |

### DECLARATION OF MOLLY S. BOAST

I, Molly S. Boast, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm Wilmer Cutler Pickering Hale & Dorr LLP, counsel for defendants Chesapeake Energy Corporation ("Chesapeake") and O.I.L. Niagaran, L.L.C. ("OILN") in the above-captioned action, and a member in good standing of the bar of this Court.

2. I submit this declaration in support of Chesapeake's Motion to Dismiss the Complaint.

3. Attached as Exhibit A is a true and correct copy of the email exchange dated July 16, 2010, between Brian Exline and Dave Bolton of Chesapeake and David

        McGuire of OILN. This email is quoted and incorporated by reference in the Complaint at paragraph 46.

4. Attached as Exhibit B is a true and correct copy of the email exchange dated between July 16, 2010, and October 20, 2010, between Aubrey McClendon and Doug Jacobson of Chesapeake and Jeff Wojahn of Encana Oil & Gas USA Inc. This email is quoted and incorporated by reference in the Complaint at paragraph 46.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
May 1, 2013

By: *Molly S. Boast* (signature)
Molly S. Boast
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212.230.8800
molly.boast@wilmerhale.com

2