**EXHIBIT 1**

# Whitfield, David

| | |
|---|---|
| **From:** | Juckniess, Frederick R. <RJuckniess@schiffhardin.com> |
| **Sent:** | Thursday, August 15, 2013 11:17 AM |
| **To:** | Whitfield, David |
| **Cc:** | Curtner, Gregory L.; Wierenga, Robert J.; Kefalas, Kimberly K.; Sprovtsoff, Jessica |
| **Subject:** | RE: NorthStar v. ENC |

David,

As we discussed, I've consulted with our team. We are confident that Judge Maloney is acting deliberately and has chosen not to set a Rule 16 conference in the NorthStar matter, making any 26(f) conference premature. As you recall, we previously asked for consolidation of the pending Encana v. Zaremba matter for discovery purposes and NorthStar declined to agree, and the cases were not so consolidated. It is not clear to us what what rationale your proposed motion to start discovery now is based on, particularly where the Rule 12 motions are fully briefed and awaiting decision. As I understood you, the reason for your request is simply that NorthStar wants to start discovery now.

As Judge Scoville explained in connection with the pending Encana v. Zaremba matter, "the very purpose of a motion under Rule 12(b)(6) 'is to enable defendants to challenge the legal sufficiency of complaints without subjecting themselves to discovery.' Yuhasz v. Brush Wellman, Inc., 341 F.3d 559, 566 (6th Cir. 2003) (quoting Rutman Wine Co. v. E&J Gallo Winery, 829 F.2d 739, 748 (9th Cir. 1987))." Your proposal would appear to run directly contrary to this settled principle. If you would like to discuss further, or provide authority, please let us know.



Download vCard
View Bio

| | | |
|---|---|---|
| **Frederick (Rick) Juckniess**<br>Partner | 350 South Main Street<br>Suite 210<br>Ann Arbor, MI 48104<br>www.schiffhardin.com | *t* 734.222.1504<br>*f* 734.222.1501<br>*e* rjuckniess@schiffhardin.com |

---

**From:** Whitfield, David [mailto:dwhitfield@wnj.com]
**Sent:** Wednesday, August 14, 2013 12:13 PM
**To:** Juckniess, Frederick R.
**Subject:** NorthStar v. ENC

Rick,

I write to follow up on our recent phone conversation. As I told you on the phone, it is our position that discovery should commence in the case. I write to seek your agreement to meet and confer pursuant to Rule 26(f) in order to meet that end. Alternatively, I seek your client's stipulation to allow discovery to proceed.

Please contact me at your earliest convenience regarding this request. We would like a response to our request by 5:00 EST tomorrow.

Feel free to contact me with any questions regarding this request.

Best,

1

Dave



**David R. Whitfield** | Associate
**Warner Norcross & Judd LLP**
900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids, MI 49503-2487
p 616.752.2745 | f 616.222.2745
dwhitfield@wnj.com | Profile | V-Card

Notice: This e-mail message and any attachments are for the confidential use of the intended recipient. If that isn't you, please do not read the message or attachments, or distribute or act in reliance on them. If you have received this message by mistake, please immediately notify us and delete this message and any attachments. Thank you.

---
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
---
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
---