**EXHIBIT 2**

# Whitfield, David

| | |
|---|---|
| **From:** | Boast, Molly S. <Molly.Boast@wilmerhale.com> |
| **Sent:** | Wednesday, August 21, 2013 11:33 AM |
| **To:** | Whitfield, David |
| **Subject:** | RE: NorthStar v. CHK |

David –

After due consideration, Chesapeake and OILN have concluded that your request for a Rule 26(f) conference is premature, for the following reasons:

We do not believe the Court has been afforded sufficient time to address our motions to dismiss. The motions were not fully briefed until late June, and less than two months (summer months, at that) have ensued since. In our experience, any expectation that a court would resolve three motions to dismiss an antitrust case within that time frame is aggressive.

Obviously we think our motions will succeed; we would not have filed them otherwise. We believe a small further delay would save everyone, Plaintiff included, considerable expense and effort. In particular, OILN has filed a simple, straightforward motion based on its undisputed status as Chesapeake's leasing agent. OILN is a much smaller enterprise than the other two defendants, and we think it would be inappropriate to submit OILN and its personnel to the expense and burden of participating in extensive discovery about an alleged conspiracy in which it had no role, prior to receiving the Court's decision.

Accordingly, we suggest we defer a Rule 26(f) conference and invite you to come back to us after some further time to revisit your request.

Please let me know if you have any questions.

Best regards,
Molly

**From:** Whitfield, David [mailto:dwhitfield@wnj.com]
**Sent:** Tuesday, August 20, 2013 8:51 PM
**To:** Boast, Molly S.
**Subject:** RE: NorthStar v. CHK

Molly,

Thanks for getting back to me. I understand that you are discussing my client's request with your clients. The reason for the deadline is to ensure responsiveness, and as this is a simple and straightforward request, I don't think that asking for a prompt response is unreasonable. Please let me know your clients' positions on our request by noon tomorrow. If they are not willing to concur in our request, we will be forced to file a motion to compel the parties to confer in accordance with Rule 26(f).

Best,

Dave

1

**David R. Whitfield** | Associate
**Warner Norcross & Judd LLP**
900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids, MI 49503-2487
p 616.752.2745 | f 616.222.2745
dwhitfield@wnj.com | Profile | V-Card

Notice: This e-mail message and any attachments are for the confidential use of the intended recipient. If that isn't you, please do not read the message or attachments, or distribute or act in reliance on them. If you have received this message by mistake, please immediately notify us and delete this message and any attachments. Thank you.

---

**From:** Boast, Molly S. [mailto:Molly.Boast@wilmerhale.com]
**Sent:** Tuesday, August 20, 2013 1:46 PM
**To:** Whitfield, David
**Subject:** RE: NorthStar v. CHK

David –

I just noticed this and realized I hadn't gotten back to you (although I am still struggling to understand the need for these short and inexplicable deadlines). I am still discussing this with the clients. Hope to be back to you tomorrow.

Molly

---

**From:** Whitfield, David [mailto:dwhitfield@wnj.com]
**Sent:** Saturday, August 17, 2013 12:35 PM
**To:** Boast, Molly S.
**Subject:** NorthStar v. CHK

Molly,

It was good to speak with you yesterday. I just wanted to follow up with an email to ensure that I am entirely clear as to what we are requesting. NorthStar requests that your client agree to conduct a Rule 26(f) scheduling conference. I'd like to know by Tuesday at Noon as to whether your client is willing to conduct the conference as required by the Federal Rules of Civil Procedure. Just to be clear, I am not asking that the conference be conducted by Tuesday, rather, I am inquiring regarding their willingness to do so.

I know that we briefly discussed your concerns as to how discovery will be conducted, and those discussions will continue before and at the conference, but at this time, I am simply inquiring as to your client's willingness to conduct the conference.

Best,

Dave

**David R. Whitfield** | Associate
**Warner Norcross & Judd LLP**
900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids, MI 49503-2487
p 616.752.2745 | f 616.222.2745
dwhitfield@wnj.com | Profile | V-Card

Notice: This e-mail message and any attachments are for the confidential use of the intended recipient. If that isn't you, please do not read the message or attachments, or distribute or act in reliance on them. If you have received this message by mistake, please immediately notify us and delete this message and any attachments. Thank you.