**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| NORTHSTAR ENERGY LLC,<br>A Delaware limited liability company,<br><br>       Plaintiff,<br>v.<br><br>ENCANA CORPORATION,<br>a Canadian corporation, and<br><br>ENCANA OIL & GAS USA INC.,<br><br>a Delaware corporation, and<br><br>CHESAPEAKE ENERGY CORPORATION,<br>an Oklahoma corporation, and<br><br>O.I.L. NIAGARAN, LLC,<br>a Michigan limited liability company,<br><br>       Defendants. | Case No. 1:13-cv-00200-PLM<br><br>Chief Judge Paul L. Maloney<br><br>Mag. Judge Joseph G. Scoville<br><br><br>**JOINT STIPULATION TO RESET<br>VOLUNTARY DISCLOSURE DATE** |

      Defendants Encana Corporation and Encana Oil & Gas USA, Inc., Defendants Chesapeake Energy Corporation and O.I.L. Niagaran, LLC, and Plaintiff NorthStar Energy LLC (the "Parties"), stipulate and agree to the following:

1. The current June 5, 2014 deadline for the voluntary exchange of documents set out in this Court's May 9, 2014 Case Management Order will be extended to June 17, 2014 to accommodate the Parties' continued efforts to reach a mutually agreeable protocol on the production of electronically stored information ("ESI").

2. The Parties will exchange voluntary productions by June 17, 2014 provided that they are able to reach a mutually agreeable ESI protocol by June 11, 2014.

3. In the event that an ESI protocol is not agreed upon, the parties will submit their competing ESI protocols for resolution by the Court no later than June 17.

Respectfully submitted,

| | |
|---|---|
| WILMER CUTLER PICKERING HALE and DORR LLP | SCHIFF HARDIN LLP |
| | |
| s/Ryan D. Tansey | s/Frederick R. Juckniess |
| Molly S. Boast | Gregory L. Curtner (P12414) |
| Jason D. Hirsch | Jessica Sprovtsoff (P70218) |
| Hanna A. Baek | Frederick R. Juckniess (P64032) |
| Ryan D. Tansey | SCHIFF HARDIN LLP |
| 7 World Trade Center | 350 South Main Street, Ste. 210 |
| 250 Greenwich Street | Ann Arbor, MI 48104 |
| New York, NY 10007 USA | gcurtner@schiffhardin.com |
| +1 212 937 7262 (t) | jsprovtsoff@schiffhardin.com |
| +1 212 230 8888 (f) | fjuckniess@schiffhardin.com |
| molly.boast@wilmerhale.com | 734.222.1500 |
| jason.hirsch@wilmerhale.com | *Attorneys for Defendants Encana Corporation and Encana Oil & Gas (USA) Inc.* |
| hanna.baek@wilmerhale.com | |
| ryan.tansey@wilmerhale.com | |
| *Attorneys for Defendants Chesapeake Energy Corporation and O.I.L. Niagaran, LLC* | |

WARNER NORCROSS & JUDD LLP

s/David R. Whitfield
Brian J. Masternak (P57372)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
bmasternak@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000
*Attorneys for Plaintiff NorthStar Energy LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| NORTHSTAR ENERGY LLC,<br>A Delaware limited liability company,<br><br>          Plaintiff,<br>v.<br><br>ENCANA CORPORATION,<br>a Canadian corporation, and<br><br>ENCANA OIL & GAS USA INC.,<br><br>a Delaware corporation, and<br><br>CHESAPEAKE ENERGY CORPORATION,<br>an Oklahoma corporation, and<br><br>O.I.L. NIAGARAN, LLC,<br>a Michigan limited liability company,<br><br>          Defendants. | Case No. 1:13-cv-00200-PLM<br><br>Chief Judge Paul L. Maloney<br><br>Mag. Judge Joseph G. Scoville<br><br><br>**[PROPOSED] ORDER RESETTING<br>VOLUNTARY DISCLOSURE DATE** |

The Court, having considered the foregoing Stipulation, HEREBY ORDERS that the Parties' time to voluntarily exchange documents under the Court's May 9, 2014 Case Management Order is extended to June 17, 2014.  The Parties will voluntarily exchange documents on June 17, 2014 provided that they are able to reach a mutually agreeable ESI protocol by June 11, 2014.  In the event that an ESI protocol is not agreed upon, the parties will submit their competing ESI protocols for resolution by the Court no later than June 17, 2014.

IT IS SO ORDERED by this Court, ___ day of _____, 2014

                                                    _____
                                                    Hon. Paul L. Maloney
                                                    Chief United States District Judge