**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| NORTHSTAR ENERGY LLC, a Delaware limited liability company, Plaintiff, | Case No. 13-cv-00200-PLM |
| | Chief Judge: Hon. Paul Maloney |
| v. | Magistrate: Hon. Joseph G. Scoville |
| ENCANA CORPORATION, a Canadian corporation, and ENCANA OIL & GAS USA INC., a Delaware corporation, and CHESAPEAKE ENERGY CORPORATION, an Oklahoma corporation, and O.I.L NIAGARAN, LLC, a Michigan LLC, Defendants. | **NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER FOR SUBSTITUTION OF ATTORNEYS** |

_____/

| | |
|---|---|
| Brian J. Masternak (P57372)<br>Charles N. Ash, Jr. (55941)<br>Lance R. Zoerhof (P63980)<br>David R. Whitfield (P73352)<br>WARNER NORCROSS & JUDD LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487<br>bmasternak@wnj.com<br>cash@wnj.com<br>lzoerhof@wnj.com<br>dwhitfield@wnj.com<br>616.752.2000<br>Attorneys for Plaintiff | Molly S. Boast<br>Jason D. Hirsch<br>Hanna A. Baek<br>Ryan D. Tansey<br>WILMERHALE LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>molly.boast@wilmerhale.com<br>jason.hirsch@wilmerhale.com<br>hanna.baek@wilmerhale.com<br>ryan.tansey@wilmerhale.com<br>212.230.8800<br>Attorneys for Defendants Chesapeake Energy Corporation and O.I.L. Niagaran, LLC |

| | |
|---|---|
| Gregory L. Curtner (P12414)<br>Jessica Srovtsoff (P70218)<br>Frederick R. Juckniess (P64032)<br>SCHIFF HARDIN LLP<br>350 South Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>gcurtner@schiffhardin.com<br>jsprovtsoff@schiffhardin.com<br>fjuckniess@schiffhardin.com<br>734.222.1500<br>Attorneys for Defendants Encana Corporation and Encana Oil & Gas USA Inc. | Dennis G. Cowan (P36184)<br>Anthony J. Rusciano (P29834)<br>Michael J. Barton (P34509)<br>PLUNKETT COONEY<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI  48304<br>dcowan@plunkettcooney.com<br>arusciano@plunkettcooney.com<br>mbarton@plunkettcooney.com<br>248.901-4000<br>Attorneys for Defendants Chesapeake Energy Corporation and O.I.L. Niagaran, LLC |

## NOTICE OF SUBSTITUTION OF ATTORNEYS

Pursuant to the request of Defendants Chesapeake Energy Corporation ("Chesapeake") and O.I.L. Niagaran, LLC ("OILN") the law firm of Byrnes Keller Cromwell LLP shall substitute in place and instead of the law firm of WilmerHale LLP in representing these parties as counsel in the above-entitled proceeding.  As a result, WilmerHale LLP and its attorneys Molly S. Boast, Jason D. Hirsch, Hanna A. Baek and Ryan D. Tansey shall be permitted to withdraw as counsel for Chesapeake and OILN and Byrnes Keller Cromwell LLP and its attorneys Paul Renwick Taylor, Bradley Scott Keller and Nicholas Robert Ryan Lang are permitted to replace WilmerHale LLP as counsel for Chesapeake and OILN.  Finally Plunkett Cooney and its attorneys Dennis G. Cowan, Anthony J. Rusciano and Michael J. Barton shall also continue as counsel for Chesapeake and OILN.

**ORDER GRANTING SUBSTITUTION OF ATTORNEYS**

Counsel for Chesapeake Energy Corporation ("Chesapeake") and O.I.L. Niagaran, LLC ("OILN") having presented a Notice of Substitution of Attorneys to this Court, IT IS NOW ORDERED:

1. The law firm of Byrnes Keller Cromwell LLP shall substitute in place and instead of the law firm of WilmerHale LLP in the representation of Chesapeake and OILN

2. The law firm of WilmerHale LLP and its attorneys Molly S. Boast, Jason D. Hirsch, Hanna A. Baek and Ryan D. Tansey are permitted to withdraw as counsel for Chesapeake and OILN.

3. The law firm of Byrnes Keller Cromwell LLP and its attorneys Paul Renwick Taylor, Bradley Scott Keller and Nicholas Robert Ryan Lang are permitted to appear as counsel for Chesapeake and OILN.

4. The law firm of Plunkett Cooney and its attorneys Dennis G. Cowan, Anthony J. Rusciano and Michael J. Barton shall also continue as counsel for Chesapeake and OILN.

**IT IS SO ORDERED**

_____
U.S. District Court Judge

APPROVED AS TO FORM AND CONTENT
WITH NOTICE OF ENTRY WAIVED:

WILMERHALE LLP

By:  /s/Molly S. Boast
Molly S. Boast
Jason D. Hirsch
Hanna A. Baek
Ryan D. Tansey
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com
jason.hirsch@wilmerhale.com
hanna.baek@wilmerhale.com
ryan.tansey@wilmerhale.com
212.230.8800
Attorneys for Defendants Chesapeake
Energy Corporation and O.I.L. Niagaran, LLC

BYRNES KELLER CROMWELL LLP

By:  /s/Paul R. Taylor
Bradley J. Keller
Paul R. Taylor
Nicholas Robert Ryan Lang
Byrnes Keller Cromwell LLP
1000 2nd Avenue, #3800
Seattle, WA  98104
Attorneys for Chesapeake
Energy Corporation and O.I.L.
Niagaran, LLC

PLUNKETT COONEY

By:  /s/Anthony J. Rusciano
Anthony J. Rusciano
Dennis G. Cowan
Michael J. Barton
PLUNKETT COONEY
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI  48304
dcowan@plunkettcooney.com
arusciano@plunkettcooney.com
mbarton@plunkettcooney.com
248.901-4000
Attorneys for Defendants Chesapeake Energy
Corporation and O.I.L. Niagaran, LLC

Open.22855.30743.15619500-1