## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NORTHSTAR ENERGY LLC,
a Delaware limited liability company,

        Plaintiff,

v.

ENCANA CORPORATION,
a Canadian corporation, and
ENCANA OIL & GAS USA INC.,
a Delaware corporation, and
CHESAPEAKE ENERGY CORPORATION,
an Oklahoma corporation, and
O.I.L. NIAGARAN, LLC,
a Michigan limited liability company,

        Defendants.

_____/

Case No. 1:13-cv-00200-PLM

Chief Judge Paul L. Maloney

Mag. Judge Joseph G. Scoville

### STIPULATED ORDER OF DISMISSAL

The parties hereby stipulate and agree to the dismissal of the complaint with prejudice.

WARNER NORCROSS & JUDD LLP
s/ David R. Whitfield
Brian J. Masternak (P57372)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
616.752.2000
*Attorneys for Plaintiff NorthStar Energy LLC*

SCHIFF HARDIN LLP
s/ Jessica Sprovtsoff (w/permission)
Gregory L. Curtner (P12414)
Robert J. Wierenga (P59785)
Frederick R. Juckniess (P64032)
Jessica Sprovtsoff (P70218)
350 South Main Street, Ste. 210 Ann Arbor,
MI 48104
734.222.1500
*Attorneys for Defendants Encana Corporation*
*and Encana Oil & Gas (USA) Inc.*

BYRNES KELLER CROMWELL LLP
s/Paul R. Taylor (w/permission)
Paul R. Taylor
1000 2nd Avenue, #3800
Seattle, WA 98104
ptaylor@byrneskeller.com
(206) 622-2000
*Attorneys for Chesapeake Energy Corporation*
*and O.I.L. Niagaran, LLC*

**IT IS SO ORDERED.**

_____

Paul L. Maloney
U.S. District Judge